1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN GOVER, an individual, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., a Minnesota limited partnership; BEST BUY CO., INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC., a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.  CV10-9988-SVW (RZx)**<br>(Hon. Stephen V. Wilson, Ctrm. 6)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>JS-6 |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

[PROPOSED] ORDER RE DISMISSAL
WITH PREJUDICE
CASE NO. CV10-9988 SVW (RZX)

DB1/ 70114855.1

# [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby **DISMISSED** with prejudice. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

DATED: ___6/22/2012_____          _____

Hon. Stephen V. Wilson
District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

1

[PROPOSED] ORDER RE DISMISSAL
WITH PREJUDICE
CASE NO. CV10-9988 SVW (RZX)

DB1/ 70114855.1